AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRYANT CALLOWAY, a/k/a "Bigs" | ) | Case No. 17-CR-518-1 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

**ARREST WARRANT**

**FILED NOV -7 2017**

KATE BARKMAN, Clerk
By_____ Dep. Clerk

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRYANT CALLOWAY, a/k/a "Bigs",

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

SEE CHARGES ON ATTACHED INFORMATION SHEET

Date: 09/28/2017

Eric Sobieski, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

Kate Barkman, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-28-17, and the person was arrested on *(date)* 10-19-17
at *(city and state)* PA

Date: 10-19-17

ATF
*Arresting officer's signature*

*Printed name and title*

RECEIVED 2017 SEP 28 AM 10:25 UNITED STATES EASTERN DISTRICT OF PENNSYLVANIA