# Exhibit "A"

426.
2063                                                                    228660

# Commonwealth of Pennsylvania ss: SEARCH WARRANT
## CITY AND COUNTY OF PHILADELPHIA
## AND AFFIDAVIT



| Det. Dove | #8003 | Homicide |
|---|---|---|
| (Name and Affiant) | (Badge No.) | (District/Unit) |

**WARRANT CONTROL NO.**
**176006**

being duly sworn (or affirmed) before me according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at particular premises or in the possession of particular person as described below.

**ISSUED TO DIST./UNIT** 6003
**DATE OF APPLICATION** 8-7-13

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** (Be as specific as possible):
(2) .45 caliber Colt handguns, (1) 9mm Handgun, (1) Mac 11 handgun, any and all ballistic evi[dence], narcotics paraphernalia and any other item that may be deemed to have evidentiary value in th[is] investigation.

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSONS TO BE SEARCHED** (Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):
5111 Funston St., 2 story brick row home with an open front porch, 2nd Floor middle room And All Common Area

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** (If proper name is unknown, give alias and/or description):
Salomie Oestreicher

**VIOLATION OF** (Describe conduct or specify statute):
MURDER

**YEAR/DIST./COMPLAINT NO.**
13-16-30615

**PROBABLE CAUSE BELIEF IS BASED ON THE FOLLOWING FACTS AND CIRCUMSTANCES** (See special instructions below):

Approved ADA Selber 8-7-13

REFER TO ATTACHED

ATTACH ADDITIONAL PAPER (75-51) IF NECESSARY   [X] CHECK HERE IF ADDITIONAL PAPER IS USED.

| SIGNATURE OF AFFIANT | BADGE NO. | DIST./UNIT | Sworn to (or affirmed) and subscribed before me this |
|---|---|---|---|
| Det. Dove | #8003 | Homicide | day of Aug. 20 13 |

**COURT LOCATION**
Date Commission Expires
(SEAL)

| RESULT OF SEARCH | DATE AND TIME OF SEARCH 8-7-13 4:40 P.M. | ARREST ☐Yes ☐No | JUDGE'S DISPOSITION ☐Disc. ☐Held for Court | Further Hearing | Fined or Committed |
|---|---|---|---|---|---|

**PROPERTY SEIZED** [X] Yes ☐ No (If "Yes" list inventory below)
(2) 9mm Handguns, (1) .45 Revolver, 9mm Bullets, Keys, Paperwork, & (3) Phones

ADDITIONAL SPACE REQUIRED, USE REVERSE SIDE - INVENTORY MUST APPEAR ON ALL COPIES OF THE WARRANT.

I certify, subject to the penalties and provisions of 18 Pa. C.S. §4904(b) that this is a true and correct listing of all items seized.

Det.  #8003

**OTHER OFFICERS PARTICIPATING IN SEARCH**
Det. Kerr SWAT
Det. Pitts Det. Burns, Det.

US-000373

# Exhibit "B"



# First Judicial District of Pennsylvania
## Court Summary

**Dove, Ronald S.**
Philadelphia, PA 19114
Aliases:
Ronald S. Dove
Ronald Shane Dove

DOB: 07/27/1972

Sex: Male
Eyes: Brown
Hair: Brown
Race: White

### Closed

**Philadelphia**

**CP-51-CR-0001382-2015**  Proc Status: Sentenced/Penalty Imposed  DC No: 1571000019  OTN: N9486562
Arrest Dt: 01/22/2015  Disp Date: 04/26/2017  Disp Judge: Nichols, Carolyn H.
Def Atty: McMonagle, Brian J. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length | |
| 1 | 18 § 5126 §§ A | F3 | Flight To Avoid Appreh/Trial/Punish | Guilty Plea - Negotiated |
| | 04/26/2017 | Probation | 2 years | Max: 2 Year(s) | |
| 2 | 18 § 903 | F3 | Conspiracy - Hinder App/Prosec-Harbor Or Conceal | Guilty Plea - Negotiated |
| | 04/26/2017 | Probation | 2 years | Max: 2 Year(s) | |
| 3 | 18 § 5105 §§ A1 | F3 | Hinder App/Prosec-Harbor Or Conceal | Guilty Plea - Negotiated |
| | 04/26/2017 | Confinement | 30 days - 23 months | Min: 30 Day(s) Max: 23 Month(s) | |
| | 04/26/2017 | Probation | 3 years | Max: 3 Year(s) | |
| 4 | 18 § 5101 | M2 | Obstruct Admin Law/Other Govt Func | Guilty Plea - Negotiated |
| | 04/26/2017 | Probation | 2 years | Max: 2 Year(s) | |
| 5 | 18 § 4904 §§ A1 | M2 | Unsworn Falsification to Authorities | Guilty Plea - Negotiated |
| | 04/26/2017 | Probation | 2 years | Max: 2 Year(s) | |
| 6 | 18 § 4910 §§ 1 | M2 | Tamper With/Fabricate Physical Evidence | Guilty Plea - Negotiated |
| | 04/26/2017 | Probation | 2 years | Max: 2 Year(s) | |
| 7 | 18 § 903 §§ C | F3 | Conspiracy | Nolle Prossed |

**MC-51-CR-0002183-2015**  Proc Status: Completed  DC No: 1571000019  OTN: N9486562
Arrest Dt: 01/22/2015  Disp Date: 02/06/2015  Disp Judge: DeLeon, James M.
Def Atty: McMonagle, Brian J. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 5126 §§ A | F3 | Flight To Avoid Appreh/Trial/Punish | Held for Court |
| 2 | 18 § 903 §§ C | F3 | Conspiracy | Held for Court |
| 3 | 18 § 5105 §§ A1 | F3 | Hinder App/Prosec-Harbor Or Conceal | Held for Court |
| 4 | 18 § 5101 | M2 | Obstruct Admin Law/Other Govt Func | Held for Court |
| 5 | 18 § 4904 §§ A1 | M2 | Unsworn Falsification to Authorities | Held for Court |
| 6 | 18 § 4910 §§ 1 | M2 | Tamper With/Fabricate Physical Evidence | Held for Court |
| 7 | 18 § 903 §§ C | M2 | Conspiracy | Held for Court |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

# Exhibit "C"

| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT HOMICIDE DIVISION | | CASE NO: M13-150 INTERVIEWER: Dova / Keen | |
|---|---|---|---|---|
| NAME Raymond Thompson | AGE 25 | RACE B/M | DOB ▓▓88 | |
| ADDRESS ▓▓▓ | APARTMENT NO. House | | PHONE NO. ▓▓▓ | |
| NAME OF EMPLOYMENT/SCHOOL | | | SOC. SEC. NO. ▓▓▓ | |
| ADDRESS OF EMPLOYMENT/SCHOOL | DEPARTMENT | | PHONE NO. | |
| DATES OF PLANNED VACATIONS | | | | |
| DATES OF PLANNED BUSINESS TRIPS | | | | |
| NAME OF CLOSE RELATIVE | | | | |
| ADDRESS | | | PHONE NO. | |
| PLACE OF INTERVIEW Homicide Unit, 750 Race St, Sergeants Office | | | DATE 8-7-13 | TIME 8:40am |
| BROUGHT IN BY Police | | | DATE 8-7-13 | TIME |
| WE ARE QUESTIONING YOU CONCERNING The shooting death of Brian Littles on 8-5-13 at 500 Creighton St. | | | | |
| WARNINGS GIVEN BY | | | DATE | TIME |
| ANSWERS (1) (2) (3) (4) (5) (6) (7) | | | | |

Q. What is your full name and DOB?
A. Raymond Thompson III, ▓▓88

Q. Are you known by any other names or nicknames?
A. Just Ray.

Q. Can you read, write and understand English?
A. Yes.

Q. Are you presently under the influence of drugs or alcohol?
A. No.

Q. The Officers that brought you into our office this morning informed me that you had some information concerning the murder of Brian Littles that occurred yesterday morning, is that correct?
A. Yeah, I call him BL

Q. What is the information that you have?
A. The person who shot him is named Brian Calloway, we call him "Bigs" I know he had a 9mm when he shot BL. But BL wasn't the intended target. He was supposed to be shooting at BO. BO is the boss of that block and they were trying to take it over, that's why the shooting happened.

Q. How do you know all of this?
A. I'm friends with Bigs and he was telling me about it yesterday.

Q. Where were you and what time was this when Bigs was talking about this shooting?
A. It had to be about 6pm yesterday and we were at the basketball court on 51st & Reno Sts.

*[signature]*

US-000329

Q. Tell me exactly what Bigs told you?
A. He told me that it was him, "Little Gib" and Anthony went into the playground and they was talking to BO and then they started shooting. He was saying people was running and ducking and BL must have got hit by a stray cause he was aiming at BO. He said after that, they left in a Bonneville and went to North Philly and stayed there until later in the morning. He was saying that he was trying to get the "grave yard" shift over on Paxon St. for selling drugs and BO was telling him no. That's why he shot at them. He said that the gun was in the house at 5111 Funston St., upstairs in the middle room, under the mattress. He said it was a 9mm. Anthony was there when we was talking and Anthony asked him about getting rid of that gun and Bigs said no cause he paid good money for that shit and he aint getting rid of it.

Q. Who are Little Gib and Anthony?
A. Little Gib's real name is Raymond Richburg and I'm not sure what Anthony's last name is.

Q. Have you ever been inside of 5111 Funston St.?
A. Plenty of times. I know how it looks inside and outside.

Q. When was the last time you were in there?
A. About 4 days ago.

Q. Describe the inside of the house to me?
A. When you walk in, there are two room and a kitchen downstairs. Some crack-heads stay in the two room downstairs. The steps are on your right and the room are on your left. The middle bedroom is the one Bigs uses. It only has a bed, TV and little stand and a small refrigerator.

Q. Does Bigs stay in that house?
A. Yes. He rents the middle room upstairs for about $100 a week.

Q. When you were in there 4 days ago, did you see anything illegal?
A. Yeah, guns and drugs, scales, sandwich bags and little crack baggies.

Q. Describe the guns that you saw?
A. There were (2) .45 Colt Twins, (1) 9mm and there was a Mac 11 in there.

Q. When Bigs was talking to you about this did he say specifically that he put the gun inside of 5111 Funston St. or did he say it in another way that led you to believe that it was in that particular address?
A. He didn't tell me the address during the conversation, he was just telling me he has it stashed up in the house he has on Funston St. I had already known what address it is because I been there before.

Q. Why would Bigs tell you all of this?
A. We like family, we grew up together. He trusts me.

Q. Do you know who else would have been out there when BL was shot?
A. BO, somebody named Marty and somebody named Water, he got braids in his hair.

Q. Do you know any of their real names?
A. No.

| INVESTIGATION INTERVIEW RECORD | CITY OF PHILADELPHIA |
| --- | --- |
| *CONTINUATION SHEET* | POLICE DEPARTMENT |

Q. I am showing you a photo, do you recognize this person?
A. Yeah, that's Bigs (indicating PP# 953703, assigned to Brian Calloway)

Q. I am showing you another photo, do you recognize this person?
A. That's Little Gib (indicating PP# 1065447, assigned to Raymond Richburg)
Q. Here is one last photo, do you recognize this person?
A. That's Anthony, we call him Smoke (indicating PP# 976424, assigned to Anthony Hunter)

Q. I am going to print this interview out and ask you to review it and make sure that everything I typed down is true and correct. Once you are satisfied that everything is true and correct I would like you to sign the bottom of each page.
A. Ok.

US-000331

# EXHIBIT "D"

# PHILADELPHIA POLICE DEPARTMENT
## VEHICLE OR PEDESTRIAN INVESTIGATION REPORT

FORM 75-48A · DRAFT F 4/13/99 · PAGE 1 OF 1

**GENERAL**

| Field | Value |
|---|---|
| YEAR | 13 |
| DIST OCC | 16 |
| D.C. # | 030746 |
| SECT | 2 |
| DIST | 16 |
| VEH # | 16T10 |
| REPORT DATE | 8/7/13 |
| TYPE OF STOP | ☒ PEDESTRIAN |
| CODE | — |
| LOCATION OF OCCURRENCE | 942 N. 43RD ST. |
| APT # | N/A |
| INSIDE/OUTSIDE | ☒ OUTSIDE |
| TYPE | 53 |
| TIME OUT | 5:10 AM |
| DATE/TIME OF OCCURRENCE | 8/7/13, 5:10 AM |
| DAY | 3 |
| DATE/TIME OF RELEASE OR ARREST | 8/7/13, 5:25 AM |
| TIME IN | 5:25 AM |
| NAME OF PEDESTRIAN/DRIVER | RAYMOND THOMPSON |
| SEX | M |
| AGE | 25 |
| DOB | [redacted] |
| RACE | ☒ 2 BLACK |
| LATINO | N |
| ADDRESS | [redacted] |
| APT # | N/A |
| CITY | PHILA |
| STATE | PA |
| ZIP CODE | [redacted] |
| DIST RES | 16 |
| NICKNAME | UNK |
| SS# | [redacted] |
| DL# | [redacted] |
| STATE | PA |
| HEIGHT | 5-7 |
| WEIGHT | 140 |
| BUILD | THN |
| EYE COLOR | BRO |
| HAIR COLOR | BLK |
| FACIAL HAIR | BEARD |
| COMPLEXION | MED BRO |
| ACCENT | NONE |
| FURTHER DESCRIPTION | WHITE T-SHIRT, BRAIDS, BLUE JEANS, BLUE SNEAKERS |

**PED STOP**

☒ OTHER REASON FOR STOP

FLASH INFORMATION / DESCRIBE FULLY INCL SUSPECTED CRIME:
POLICE OBS. ABV. M/ CROUCHING DOWN ON THE PORCH OF THE HOUSE AT ABV. LOC. POLICE KNOW OF THAT LOC. TO BE ABANDON AND USED FOR NARC SALES. DURING INVEST ABV. M/ STATED TO POLICE THAT HE HAD INFO ABOUT A HOMICIDE THAT OCCURRED ON 8-5-13 ON 500 PAXON ST. HOMICIDE CONTACTED AND ABV. TRANS.

ARREST: N

**VEHICLE STOP**

N/A

**SEARCH / SEIZURE**

- INDIVIDUAL/VEHICLE FRISKED? N
- INDIVIDUAL/VEHICLE SEARCHED? N
- EVIDENCE/CONTRABAND RECOVERED? N

REPORT PREPARED BY: PEZZUCA / MOSTILLER
PAYROLL: 927301 / 247324
BADGE: 794 / 5935
DIST/UNIT: 16T10

US-000320