IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-518-1 |
| | : | |
| BRYANT CALLOWAY | : | |

**<u>ORDER</u>**

AND NOW, this 10th day of April, 2023, upon consideration of Defendant Bryant Calloway's Motions to Vacate, Set Aside, or Correct Sentence (ECF Nos. 272, 275, 278, and 281), for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motions are DENIED. A certificate of appealability shall not issue, as Calloway has not demonstrated that reasonable jurists would debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.